

# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-96-01890-CR       V.

RONNIE ROBINSON, Appellee

Appeal from the County Court at Law of Collin County, Texas. (Tr.Ct.No. 001-83831-94).

Opinion delivered by Justice Whittington, Justices Maloney and Bridges also participating.

---

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 25, 1997.

MARK WHITTINGTON
JUSTICE